# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/12/2024 | Dep. Clerk: AH |
| Case No. 24-CR-169 | Ct. Rep: Tom |
| United States v. William Lee Homan | Time Called: 9:56 a.m. |
| Proceeding: Sentencing | Off Record: 10:10 a.m. |
| | On Record: 10:16 a.m. |
| | Time Concl: 10:33 a.m. |

United States by: Attorney Aaron Jennen and Zachary Corey
Probation Officer: Nicole Ford
Defendant: William Lee Homan, in person, and by Attorney Craig Powell

---

Courts adopts PSR:
- offense level 17
- criminal history category I
- 24 to 30 months imprisonment
- 1 to 3 years supervised release
- $10,000 to $95,000 fine
- $100 special assessment

Arguments heard as to sentencing.

Court imposes 3 years probation, with conditions 1-12.
Court suspends drug testing requirements.
Court imposes 9 months of location monitoring; details in judgment.
Fine waived.
$100 special assessment, due immediately.
Court advises defendant of right to appeal.
Court orders forfeiture as indicated in its preliminary forfeiture order.